Feb. 19, 2025

TO THE SUPERIOR COURT OF ALASKA

RE: Supporting Documents

When I called the Court on Feb. 18, I spoke with a lady named Pizza. She told me that with an appeal to the Federal Courts, I should send supporting documents. With hundreds of pages of proof, I'll try to be as brief as possible. I'll try to be as brief as possible. All documents presented here are of on record to this case.

Caseproof 5 is self-explanatory.

The next 4 pages of the meeting minutes of the City Council meeting of December 20, 2018: Resolutions and Ordinances: Please note Resolution 19 03 and 19 01. Where is Resolution 19 02?

The next page is the minutes of the January 17, 2019 meeting. Resolutions and Ordinances. We see Ordinance 10 04 and 19 01. Where is Ordinance 10 02?

Next is the emergency meeting on February 19, 2019. The very day we settled the lawsuit.

The next page is the letter I sent to the City asking for permission to put in for a sign application to return my first sign to its original spot at the corner of Loggers Lane (aka Forest Road 3030).

The next day was the City Council meeting of February 21, 2020. Public Comment: none. Fact: I stood up and asked to speak after Mayor Olson asked for public comment. I was IMMEDIATELY shut down by Olson and the council, saying I had no permission to speak and if

I spoke again I would be permanently barred from and and all further Council Meetings. I sat down and never spoke. Same page:

Approval of Agenda: they approve the agenda "with changes", then "add the email from Steve Beilgard," fully recognizing I asked to speak, then "first reading of 19 02 Sign Ordinance." They simply allowed themselves to make a new ordinance without following their own proper procedure.

The next page is the minutes of the meeting for February 21, 20119. Correspondence: none. Resolution 1901.

Bottom line: Posted 02 14 2019. The proper way to do Ordinances and procedures.

BUT WAIT: why, and how, are there TWO minutes of the same meeting? The fact is, this "minutes" is no longer found on any City minutes.

Next are the March 21, 2019, minutes. Again, I was there to speak, but was not allowed. Next is ex 8 on top and 40 on bottom, clearly showing I am entitled to my signage and/or showing how my rights have been violated.

Next is ex. S-11, S-44, and S-17 on the bottom. The State agrees it has no jurisdiction on the Loggers Lane, Forest Service Road 3030. It is still owned by the Federal Government and only managed by the City.

Kingco is being represented by Mr. Michale Heiser in Ketchikan. I will now ask him to represent us; we will, hopefully, 3no longer be Pro Se. We had very good insurance-paid attorneys working on this civil case. With over $1.4mm dollar investment in Coffman Cove, and the fact our tax returns will show we have never made over $30,000.00 in any year, we simply have no funds available to hire more attorneys. So, we are forced to sell properties(s) not associated with this business to fight a corrupt city.

Please, once again, allow this case to move forward, and we will end the corruption you see here.

Steve Beilgard and Constance McCurdy, owners of Kingco and Alaska Patriots

Bright
Solutions
IT Help
&
Forensics
(907)338-8188

Buy 4 Select Pirelli Winter Tires & Get a $70 Prepaid Card!

. Municipal Government

. Planning, Platting, and Land Use Regulation

Section 190. Civil Remedies and Penalties.

previous:   . Prohibited Acts; Criminal Penalties.
next:   . Subdivisions of State Land.

## AS 29.40.190. Civil Remedies and Penalties.

(a) The municipality or an aggrieved person may institute a civil action against a person who violates a provision of this chapter, a subdivision regulation adopted under this chapter, or a term, condition, or limitation imposed by a platting authority. In addition to other relief, a civil penalty not to exceed $1,000 may be imposed for each violation. An action to enjoin a violation may be brought notwithstanding the availability of any other remedy. Upon application for injunctive relief and a finding of a violation or threatened violation, the superior court shall grant the injunction.

(b) Each day that an unlawful act or condition continues constitutes a separate violation.

All content © 2008 by   /

**Note to HTML Version:**

This version of the Alaska Statutes is current through December, 2007. The Alaska Statutes were automatically converted to HTML from a plain text format. Every effort has been made to ensure their accuracy, but this can not be guaranteed. *If it is critical that the precise term of the Alaska Statutes be known, it is recommended that more formal sources be consulted.* For statutes adopted after the effective date these statutes, see,    If any errors are found, please e-mail Touch N' Go systems at    . We hope you find this information useful.

This page has been updated: 04/23/2015 14:25:52

# City of Coffman Cove
## Regular City Council Meeting
### Thursday, December 20th, 2018
### Regular Meeting **6:30 PM** at City Hall

**Public Hearing 6:15pm:** Mayor Olson call to order 6:15pm
ORDINANCE 19 01 NON-CODE ORDINANCE BUDGET AMENDMENT
No public comment

Council comment: under water and sewer vacation pay, are we picking up some benefits for one of our employees. We do give benefits to city employees, 1 weeks paid vacation after a year, and 2 weeks paid vacation for 5 years of service or more. Bridget would like to know what we have budgeted for Line Item: Office and Clerical Supplies, will be budgeted $1800.00. Mayor Olson closes Public Hearing.

**Call to Order:** Mayor Olson calls meeting to order at 6:30pm

**Roll Call:** Mike Underwood, present, Joel Buchanan, present, Randy Wright Jr., present, Yvonne Drozdowicz-Somfleth, present, Brian Wilson, present, at 8:25pm, Perry Olson, present, Bridget Wright, present.

**Pledge of Allegiance:** Yes

**Public Comment:** No public comment

**Approval of Agenda:** Mayor Olson makes motion to approve agenda with one addition: adding the Ocean Air HVAC proposal for discussion only. Bridget Wright 2nd, All in Favor, non-opposed, **Motion passes**

**Persons to be Heard:** Unable to attend: Staś Moszynski-USFS Recreation Planner- Luck Lake

Council Discussion on the topic of Luck Lake camping: Power Point was given out, there are some things the Mayor Olson found objectionable. The idea is to discuss and put it on agenda for next meeting. If council is opposed to the idea of Luck Lake camping then a Resolution can be written up opposing it or giving ideas. Joel wouldn't mind opening it up for camping with unimproved campsites leading toward Eagle Creek, no opinion about the picnic table site next to the lake, as they are already improved. He would be in support of the loop camper site locations. Yvonne agreed with Joel for the unimproved campsites, would not like sewer (dumping station for RV) put in to area, a group camping site maybe nice in the land area in loop. There is concern about non-local parties coming in and staying entire summer, and not cleaning up. Council would like to see a time restriction on the sites if opened up, no more than 3 days at a time. Council would like to know who will be taking care of the area, City of Coffman Cove or Forest Service. This can be noted on for next months meeting in order to have something ready.

**Consent Agenda:** Mayor Olson makes motion to approve Consent Agenda, Joel Buchanan 2nd. Discussion: Bridget is requesting that the Library report be modified as requested in previous meetings. Mayor Olson would like this information for budgeting this helps figure out how city services and utilities are being used, by who, to allocate money, if we are not being given this information it makes it difficult to make informed decisions on the budget. Mike would like to know who the librarian is, currently Debbie Stewart is playing this role. Mayor Olson has asked Yvonne to be librarian, she has not yet made a decision.
**All in Favor, non-opposed, Motion passes**

| 1. Mayor Report | 6. Projects-Grants Report | 11. Water & Sewer Report |
| --- | --- | --- |
| 2. Minutes | 7. Financial Report | 12. Fire Dept. Report |
| 3. Watershed Report | 8. Post Office Report | 13. EMS Report |
| 4. CQE Report | 9. Parks/Rec/Maintenance | 14. Library Report |
| 5. Special Events Report | 10. IFA Report | 15. NEFA Report |

**Correspondence/Issues:** None.

**Resolutions & Ordinances:**
1. Non-Code Ordinance 19 01 FY19 Budget Amendment (Second Reading)
Mayor Olson makes motion to approve Non-Code Ordinance 19 01 FY19 Budget Amendment (second reading) with added change $1800.00 for Line Item: Office and Clerical Supplies under Administration. Mike Underwood 2nd, Yvonne Drozdowicz-Somfleth, yes, Joel Buchanan, yes, Randy Wright Jr., yes, Bridget Wright, yes, Perry Olson, yes, Mike Underwood, yes. **All in Favor, non-opposed, Motion passes**

2. Resolution 19 03 FY19 Shared Fisheries Business Tax Program (SFBTP): Mayor Olson reads Resolution there is some question about dates being accurate. Mayor Olson makes motion to approve, Joel Buchanan makes motion to amend motion to check dates, Mayor Olson requests to approve amended, Yvonne Drozdowicz-Somfleth 2nd. Mayor Olson: after motions passes requesting city clerks to check for accuracy of dates. Bridget Wright, yes, Perry Olson, yes, Randy Wright Jr., yes, Joel Buchanan, yes, Mike Underwood, yes, Yvonne Drozdowicz-Somfleth, yes.
**All in Favor, non-opposed, Motion passes**

Original motion Main Motion to approve Resolution 19 03 FY 19 Shared Fisheries Business Tax Program, Joel Buchanan 2nd
Mike Underwood, yes, Joel Buchanan, yes, Randy Wright Jr., yes, Yvonne Drozdowicz-Somfleth, yes, Perry Olson, yes, Bridget Wright, yes. **All in Favor, non-opposed, Motion passes**

**Unfinished Business:**
1. Halibut Community Quota Entity (CQE)- Mayor Olson makes motion to table until next meeting. Randy Wright Jr. 2nd, Bridget Wright would like City Staff to write a reminder letter

D-12

Called to question, Joel Buchanan, yes, Yvonne Drozdowicz-Somfleth, yes, Perry Olson, yes, Bridget Wright, yes, Mike Underwood, no, there is a quorum, motion passes.

Council had a question of the Quilting Club at the Library, suggestion was made to have Clubs at the Ferry Terminal with sign in and out of key. The agreements will still need filled out as usual for the Harbor View rental, Policy would need to be followed. Suggestion was made to modify Harbor View Hall policy in order to satisfy Council suggestions and concerns, to go on next Workshop.

**Unfinished Business:**

1. Halibut Community Quota Entity (CQE): City has got a copy, Council would like to see how many Halibut were harvested. Council feels items are missing, not sure line by line. Understanding is the Board is supposed to monitor trips occasionally no documentation this is being done. Email received before meeting Mike Warner has stepped down from CQE Board.

2. 911 Situation: Code Blue Grant request has been filled out, a financial statement is required. There is a potential for EMS to have a 10% co-pay for any purchases, this could depend on the amount being spent. The 911 Situation is not so much about the radios it is about the number of Volunteers.

    Discussion of contracting out to Craig/Klawock, the public feels we just need more volunteers. Community members, and some Council members would like to help, Allan would like to wait until Debbie Igo returns as she used to be an emergency dispatcher.

    Council would like to know if we do decide to go with Craig/Klawock how does that help the people that do not have landlines? In order to have a home phone WIFI enabled had to give a 911 address that was a Ketchikan address to get the opportunity to have a phone to use on WIFI.

    If we contract out what services are, we really losing? How will a person out of area know where we live? Dispatch hands off to someone local, based on a list in the station.

    Council would like City Staff to call and get information on contracting out to Craig Dispatch. There is a history of using Craig Dispatch.

    Council would like EMS volunteers to work out a schedule to present.

3. Road Project/FLAP Grant: Paperwork from Brian was signed and sent in, we are waiting for money, then we will go ahead with negotiations on how to manage project. We are still pushing to keep some of the work local, some will go to R & M. At this time, we are not able to go into negotiations with no money, we have signed off and are now waiting for money. Brian would like to discuss the road

construction, and FLAP at a workshop to go over some much-needed areas out the road that need attention.

Comment made about a road being tore up and not being fixed, council suggest it may need to be put in an Ordnance, and maybe a time limit implemented after a business breaks up a previously paved road.

**New Business:**

1. Confirm Librarian: Mayor Olson makes motion to Confirm Yvonne as the new Volunteer Librarian, Brian Wilson 2nd, **All in favor, none opposed, motion passes**

**Public/Council Comment:** Council explains the changes to Library are strictly organizational, and to clarify chain of command, which goes Council, Mayor, Librarian, and Volunteers. Council would like to see Friends of The Library help as an outside Non-Profit.

Mayor Olson makes motion to adjourn from Regular Session to Executive Session, Brian Wilson 2nd, **All in favor, none opposed, motion passes.**

**Executive Session: Legal Matters**

**Adjourn:** Mayor Olson makes motion to adjourn from regular meeting, Mike Underwood 2nd, **All in favor, none opposed, motion passes.**

**Passed and approved this _____ day of _____, 2019.**

_____        _____
Perry Olson, Mayor                                         Terra Green, Deputy Clerk

**Public/Council Comment:** Yvonne would like the opportunity to start a Cottman Cove Community Care day, as she was out and she noticed there has been a lot of garbage being dumped. Yvonne wants to tie it in with the school to this coming earth day, would like to do some educating. Only request from Yvonne was for city to provide [illegible], gloves, and garbage bags. Mayor Olson would like to see this every month, all of the council agreed that this would be a good idea. Bridget recommended that she contact other communities to see if there was a way to have garbage picked up if left on the side of the road. Brian recommended looking into the adopt a mile. Mayor Olson commented that the state also participates and may help with items for clean up. To look at organizing in to smaller areas, and maybe do prizes for weight, and businesses in the area may do a move larger items.

Mayor Olson make motion to adjourn from public meeting to move into Executive Session for legal matters update. Randy Wright 2nd. **All in favor, none opposed, motion passes**

**Executive Session: Legal Matters**

**Adjourn:** Mayor Olson makes motion to adjourn. Yvonne [illegible] 2nd. **All in favor, none opposed, motion passes**

City of Coffman Cove
Regular City Council Meeting
Thursday, January 17th, 2019
**6:30 PM** at City Hall

**Call to Order:** Mayor Olson calls meeting to order at 6:30pm

**Roll Call:** Mike Underwood, present, Joel Buchanan, present, Randy Wright Jr., absent, excused, Yvonne Drozdowicz-Somfleth, present, Brian Wilson, present at 6:45pm, Perry Olson, present, Bridget Wright, present.

**Pledge of Allegiance:** Yes
**Public Comment:** None

**Approval of Agenda:** Mayor Olson makes motion to approve agenda, Bridget Wright 2nd, **All in favor, none opposed, motion passes**

**Persons to be Heard:** Stas Moszynski: USFS Recreation Planning – Luck Lake- Not here

**Consent Agenda:** Mayor Olson makes motion to approve consent agenda, Joel Buchanan 2nd with discussion to add to Consent Agenda, decided to keep it under unfinished business. **All in favor, none opposed, motion passes**

| 1. Mayor Report | 6. Projects/Grants Report | 11. Water/Sewer Report |
|---|---|---|
| 2. Minutes | 7. Financial Report | 12. Fire Dept. Report |
| 3. Watershed Report | 8. Post Office Report | 13. EMS Report |
| 4. CQE Report | 9. Parks/Rec/Maintenance | 14. Library Report |
| 5. Special Events Report | 10. IFA Report | 15. NEFA Report |

**Correspondence/Issues:** None

**Resolutions & Ordinances:**
1. Resolution 19 04: Wells Fargo Account Information Update: List of signers, adding Yvonne, removing Perry and Dick. Currently not receiving statements, we are also adding PO Box in place of physical address. Mayor Olson makes motion to approve Resolution 19 04, Bridget Wright 2nd, **All in favor, none opposed, motion passes**

2. Ordinance 19 01 (1st Reading): Amending the wording of Chapter 2.10: Coffman Cove Community Library of Title II: City Administration: Mayor Olson makes motion to accept Ordinance 19 01. Discussion- council member would like to know why the Library Commission is being abolished. Mayor Olson explains that the Library is a City Department. The primary reason we are doing away with the Library Commission is because they were never set up to manage anything just to advise Librarian.

CITY OF COFFMAN COVE
EMERGENCY MEETING
TUESDAY, FEBRUARY 19TH, 2019
4:00 PM AT CITY HALL

**Call to Order:** Mayor Perry Olson called the meeting to order at 4 pm.
**Roll Call:** Mike Underwood: present; Joel Buchanan: absent, excused; Randy Wright, Jr.: present; Yvonne Drozdowicz-Somfleth: absent, excused; Brian Wilson: present; Perry Olson: present; Bridget Wright: absent, excused.
**Pledge of Allegiance:** Yes.
**Public Comment:** None.
**Approval of Agenda:** None.
**Persons to be Heard:** None.

**Consent Agenda:** None.

**Correspondence & Information:** None.

**Resolutions & Ordinances:** None.

**Unfinished Business:**
1. Executive Session / Legal Matters. **Perry Olson made a motion to adjourn from Regular Session to Executive Session.** Randy Wright, Jr. seconded. All were in favor, none opposed. Motion Passes.
   **Perry Olson made a motion to adjourn from Executive Session.** Mike Underwood seconded. All were in favor, none opposed. Motion Passes.
2. Kingco Lawsuit Settlement Offer. **Perry Olson made a motion that Council direct the Mayor to sign the settlement offer given that Kingco signs it first.** Randy Wright, Jr. seconded. Roll Call: Mike Underwood: yes. Randy Wright, Jr.: yes. Brian Wilson: yes. Perry Olson: yes. Motion Passes.

**New Business:** None.

**Public Comment:** None.

**Adjourn: Perry Olson made a motion to adjourn.** Randy Wright, Jr. seconded. All were in favor, none opposed. Motion Passes.

Passed and approved this 21st day of February, 2019.

_____   _____
Perry Olson, Mayor                                           Gina Cavaretta, Clerk

POSTED: 02 19 2019

## Coffman Cove Sign Application

**Steve Beilgard**
mphesq@kpunet.net, seata@ccalaska.com,
seatb@ccalaska.com, seatc@ccalaska.com,
seatd@ccalaska.com and 4 more...

For years now I have been told about supposed Coffman Cove (CC) sign laws. I have been told I should apply for a **permanent** permit. Many times I have asked for and not received any information about such application process or laws. I believe our past history has backed this up.

As all on the CC City Council know, Kingco had a sign placed on the road leading to their business, Whale Point, that I have a substantial monetary interest in. A recent settlement agreement finally closed out a problem that Kingco had with the City and the illegal removal of a business sign. I have to believe that the negotiations from the City on behalf of the City were sincere. An intricate part of those negotiations, and my decision by Kingco to substantially let the lies, liars, and theft substantially off the hook, was the promise of the "opportunity" to request a sign back on the Kingco established, grandfathered in, spot. I want the sign back where it was. Kingco, llc. took that offer as sincere.

I'd like to establish, on this date of February ??, 2019, a formal request to the City of CC to put in a new request for replacing the Kingco, LLC sign back where it was stolen from. Since we all know full well that oral statements can result in fraudulent denials, this submission is made electronically. If there is any undiscovered law or ordinance in place at this moment or prior to this moment, pleas advise Kingco or Whale Point of what the "proper process" claimed in the settled lawsuit is, send me an application as per that process, or assign me a time slot on the April City Council meeting. I greatly prefer to not have to challenge the City again for any non existent laws, nor do I plan to be railroaded again with lies.

Please email me the proper application needed for this sign, should that application be in use prior to this letter, as well as the historical basis for a signage request done by anyone, at any time, to place a sign anywhere in Coffman Cove prior to today. If none exists as of this date, I'll assume there are still no signage laws in Coffman Cove as of this moment and the Kingco, llc. sign will be replaced to it's original spot upon my return. As you know, we all want to stay legal and not violate any and all laws, known or unknown.

I would also like to calm Mayor Olson's fears about those "concerned citizens" harming my sign. While his actions on my behalf were most likely very insincere, I have the matter in hand and he should not lose any more sleep over this issue. It will very well insured and full time security will be omnipresent. I want the City to know that I accept full and total responsibility for King's sign and for any damage done to it by those citizens who are so greatly concerned.

I'm sure each and every council person has read the answers to the settled suit I hope you find them as disgusting as I did. If you did not, I suggest you get a bit closer to God. I feel I let the City off real gentle. I expect better in the future.

Thank You.

Steve Beilgard
Thursday, Feb. 20, 2019 10:42 am Yuma time

Reply   Reply All   Forward

27

City of Coffman Cove
Regular City Council Meeting
Thursday, February 21st, 2019
**6:30 PM** at City Hall

u

**PUBLIC HEARING** at 6:15 PM: Ordinance 19 01: Amending the wording of Chapter 2.10: Coffman Cove Community Library of Title II: City Administration

**Call to Order:** Mayor Olson calls to order Public hearing portion of meeting at 6:15pm, for Ordinance 19 07: Amending the wording of Chapter 2.10: Coffman Cove Community Library of Title II: City Administration.
Adjourn from Public portion of meeting, and call to order meeting at 6:35pm.

**Roll Call:** Mike Underwood, present, Joel Buchanan, absent, excused, Randy Wright, present at 7pm, Yvonne Drozdowicz-Somfleth, present by teleconference, Brian Wilson, present, Perry Olson, present, Bridget Wright, present by teleconference.

**Pledge of Allegiance:** Yes

**Public Comment:** None

**Approval of Agenda:** Mayor Olson makes motion to approve agenda with changes, add the email from Steve Beilgard, and first reading of 19 02 Sign Ordinance, Brian Wilson 2nd.
**All in favor, none opposed, motion passes**

**Persons to be Heard:** Stas Moszynski: USFS Recreation Planning – Luck Lake – did not attend

**Consent Agenda:** Mayor Olson makes motion to approve consent agenda, Yvonne Drozdowicz-Somfleth 2nd. Brian Wilson had report on IFA and road paving project. IFA will be meeting April 16th to split up responsibilities of Denis's position, the managers there have decided not to hire anyone else.

Discussion: The road project, after talking with R&M, there is a contract needed to reach the design and bidding part of project. Location of structures, EPA, and Core Engineer items that need to be looked at. We are now entering into negotiations for inspectors, etc.

**All in favor, none opposed, motion passes**

| 1. Mayor Report | 6. Proj [illegible] | [illegible] | Report |
|---|---|---|---|
| 2. Minutes | 7. [illegible] | [illegible] | port |
| 3. Watershed Report | 8. P[illegible] | [illegible] | rt |
| 4. CQE Report | 9. Park[illegible] | [illegible] | port |
| 5. Special Events Report | | [illegible] | ort |

I WAS PRESENT AND SHOUTED DOWN WHEN I ASKED TO SPEAK

**Correspondence/Issues:** None

**Resolutions & Ordinances:**

City of Coffman Cove
Regular City Council Meeting
Thursday, February 21st, 2019
**6:30 PM** at City Hall

**PUBLIC HEARING** at 6:15 PM: Ordinance 19 01: Amending the wording of Chapter 2.10: Coffman Cove Community Library of Title II: City Administration
**Call to Order:**
**Roll Call:**
**Pledge of Allegiance:**
**Public Comment:**
**Approval of Agenda:**
**Persons to be Heard:** Stas Moszynski: USFS Recreation Planning – Luck Lake

**Consent Agenda:**

| 1. Mayor Report | 6. Projects/Grants Report | 11. Water/Sewer Report |
| 2. Minutes | 7. Financial Report | 12. Fire Dept. Report |
| 3. Watershed Report | 8. Post Office Report | 13. EMS Report |
| 4. CQE Report | 9. Parks/Rec/Maintenance | 14. Library Report |
| 5. Special Events Report | 10. IFA Report | 15. NEFA Report |

**Correspondence/Issues:** None

**Resolutions & Ordinances:**
1. Ordinance 19 01 (2nd Reading): Amending the wording of Chapter 2.10: Coffman Cove Community Library of Title II: City Administration
2. Resolution 19 01: Prince of Wales Community Advisory Council (POWCAC) Transportation Priority

**Unfinished Business:**
1. Halibut Community Quota Entity (CQE)
2. 911 Situation

**New Business:**
1. Division of Elections – Memorandum of Agreement & Confidentiality Agreement
2. Petro Marine Fuel Deliveries to City
3. Authorization of AMLJIA Deductible
4. Alaska Coastal Aggregates LTF Use agreement
5. Special Land Use Permits
6. Water Treatment Plant Upgrade Grant Offer – Village Safe Water (VSW)

**Public/Council Comment:**

**Executive Session: Legal Matters**


**Adjourn:**


**Posted:** 02 14 2019 @ Post Office, City Hall & Riggin Shack

City of Coffman Cove
Regular City Council Meeting
Thursday, March 21st, 2019
6:30 PM at City Hall

**PUBLIC HEARING** at 6:15 PM: Ordinance 19 02: Signage & Advertising Policy
**Call to Order:**
**Roll Call:**
**Pledge of Allegiance:**
**Public Comment:**
**Approval of Agenda:**
**Persons to be Heard:** Stas Moszynski: USFS Recreation Planning – Luck Lake
**Consent Agenda:**

| 1. Mayor Report | 6. Projects/Grants Report | 11. Water/Sewer Report |
|---|---|---|
| 2. Minutes | 7. Financial Report | 12. Fire Dept. Report |
| 3. Watershed Report | 8. Post Office Report | 13. EMS Report |
| 4. CQE Report | 9. Parks/Rec/Maintenance | 14. Library Report |
| 5. Special Events Report | 10. IFA Report | 15. NEFA Report |

**Correspondence/Issues:**
1. Beilgard Sign Encroachment Violation

**Resolutions & Ordinances:**
1. Ordinance 19 02 (2nd Reading): Signage & Advertising Policy
2. Resolution 19 01: Prince of Wales Community Advisory Council (POWCAC) Transportation Priority
3. Resolution 19 05: Certified Financial Statement for Community Assistance Program (CAP) Application

**Unfinished Business:** None.

**New Business:**
1. Right of Way Firewood Permit Policy
2. Sea Otter Drive Army Corps Permit
3. Special Land Use Permits
4. Harbor View Hall Rental Policy
5. Harbor Slip Assignments
6. State of Alaska MOA – Coffman Cove Ferry Terminal Dock Agreement with Alaska Marine Highway System
7. City Right of Way Signage Survey

**Public/Council Comment:**
**Executive Session:** Legal Matters
**Adjourn:**

**Posted:** 03 13 2019 @ Post Office, City Hall & Riggin Shack     **Amendment #1:** 03 14 2019



5th Amendment: Just Compensation
14th Amendment: Equal Protection

## The First Amendment: Freedom of Speech
In 1976 free speech rights applied to commercial speech.

## The Fifth Amendment: Just Compensation
The "TAKINGS" clause within this Amendment prevents the government from SEIZING private property. Courts have established that signs are to be considered private property.
Courts have ruled that regulations and restrictions that negatively affect a business significantly may earn some level of compensation.
An example: A new city ordinance has forced a business owner to remove a previously legal SIGN. Without the ability to identify the business location, sales drop, which may endanger the business itself.
Taking the SIGN:
Most often accepted by "TAKINGS" when new regulations are put in place. However, SIGN owners must be allowed certain time to comply with the law, or be compensated for their loss. Without either, the new codes could be considered an **UNJUST "TAKINGS"** which is violation of the Fifth Amendment.

## The Fourteenth Amendment: Equal Protection
Requires that ALL citizens be treated EQUALLY that the "DUE PROCESS" rights in the Fifth Amendment apply at the State and Local levels. Where SIGNAGE is concerned, this typically comes into play with regulations, permitting and licensing. (We were told COFFMAN COVE has none by Mayor Perry Olson.)
Due process requires that any standards for permits be clear, concise and easily understood by a person of "ordinary intelligence." Statutes that are extremely complex can violate due process by punishing people for conduct they could not have known was illegal, or subjectively or arbitrarily apply the law. They may cause a chilling effect on the First Amendment rights.
Equal protection means that no person shall be denied the same protections of the law offered to others in similar circumstances. In sign usage, this means that a permitting authority must approve or deny permits in accordance to the codes. (We were told COFFMAN COVE has none by Mayor Perry Olson.)

## The Center for Individual Freedom, non – profit Constitutional Advocacy.

The time has long passed when local governments and their citizens did not have to worry about SIGN regulations. Given the reality that there is or will be a sign ordinance in nearly every community. The question has now turned to what signs

From: sbeilg@aol.com,
To: kaden.phillips@alaska.gov,
Subject: Re: TODS #29674 & 29675
Date: Tue, Sep 10, 2019 8:23 am

Sounds great, Kaden. I'll wait and see what you come up with. As for a post and sign, is it possible to have the state highway department install it, at a cost of course? I'm not sure how to plant a post on the rock roadway, but I'll bet the maintenance department of the highway workers has a pretty good idea.

-----Original Message-----
From: Phillips, Kaden S (DOT) <kaden.phillips@alaska.gov>
To: Steve Beilgard <sbeilg@aol.com>
Sent: Tue, Sep 10, 2019 8:19 am
Subject: RE: TODS #29674 & 29675

Hi Steve,

I received your mailed application. I'll review the application over the next couple of days and have our Traffic Safety Engineer take a look as well. I'll let you know if any questions or comments come up during our review. I think the removal of the ferry signs and posts may need to go through the City of Coffman Cove as the signs along Loggers Lane fall under their jurisdiction. ==The State only has Right of Way along the Coffman Cove Road corridor.==

You're not joking, that's a pretty unbelievable location! I browsed through the website and there are some great pictures.
Anyways, I'll get the review started on TODS #29674 and hopefully have some more information for you by the end of the week.

Thank you,

Kaden Phillips

Right-Of-Way Agent I, Property Management
Alaska DOT&PF Southcoast Region
PO Box 112506
Juneau, AK 99811-2506
(907) 465-4428
kaden.phillips@alaska.gov

From: Steve Beilgard <sbeilg@aol.com>
Sent: Thursday, September 5, 2019 7:41 PM
To: Phillips, Kaden S (DOT) <kaden.phillips@alaska.gov>
Subject: Re: TODS #29674 & 29675

Hi Kaden: Great minds must think alike. I mailed off the application and fee yesterday, by priority mail. You should get it tomorrow or Monday for sure. I did send a map and a legend, as well as a different thought about where the signs could be placed. I think the State maintains the roads in Coffman Cove, and also controls the signage. We have existing signs for when we had a ferry in town. The ferry stopped in 2008 and is dead. I could remove the ferry signs and use the existing posts for the business message.
Our business is located 80' from Whale Point, Alaska, in the town of Coffman Cove. The city has an access ramp where one can launch a boat/kayak or just walk out to whale point and see the whales and other wildlife. Quite a spot, really. Our signs will not only point to a free public use area, but to our business 80' feet away. Whale Point Cabins. www.whalepointcabins.com

S-11

**: who owns right of way?**
m: Epstein, David B (DOT) <david.epstein@alaska.gov>
To: Steve Beilgard <sbeilg@aol.com>
te: Tue, Feb 26, 2019 3:24 pm

Steve. Good to hear from you!

iderstand that you are working this issue with our Right-of-Way people. That is appropriate. This is more their issue than mine. Therefore. I prefer to stay out of the cussion.

it said, I do appreciate the contact.

it

m: Steve Beilgard <sbeilg@aol.com>
it: Tuesday, February 26, 2019 12:45 PM
Epstein, David B (DOT) <david.epstein@alaska.gov>
ject: Re: who owns right of way?

rry for the 2 year old email, but I have another issue on Coffmen Road (FS3030) and Loggers lane. I think the Forest Service owns the d, the City of CC owns the easement rights (only within City limits), and the State does the road maintenance. Is there any chance that, hin City limits, the State owns the easements and signage usage rights, or is signage within City limits a City of Coffman Cove issue? I thinking any signs located along State roads (or Forest Service 3030 road in this case) outside of any city is a State/F.S. issue and ything inside a city is a city issue. Am I correct?

ank you again for your help.

ve Beilgard
eilg@aol.com
7-302-0055

Original Message----
n: Epstein, David B (DOT) <david.epstein@alaska.gov>
Steve Beilgard <sbeilg@aol.com>
t Mon, Jun 12, 2017 9:02 am
ject: RE: who owns right of way?

ve, the intersection in question is confirmed ==not== within DOT right-of-way. Hopefully, you can find out who removed your signs. We have no regulations regarding is on others' rights-of-way. In your case, check with the City of Coffman Cove for further information.

it regards,

id B. Epstein, P.E.
jional Traffic and Safety Engineer
ska DOT&PF – Southcoast Region
-465-4483 office / 907-209-7995 cell
ail: david.epstein@alaska.gov



m: Steve Beilgard [mailto:sbeilg@aol.com]
it: Sunday, June 11, 2017 1:08 PM
Epstein, David B (DOT) <david.epstein@alaska.gov>
ject: Re: who owns right of way?

ık you, david. i'll wait to hear from you. i appreciate your help. steve

Original Message----
n: Epstein, David B (DOT) (DOT) <david.epstein@alaska.gov>
Steve Beilgard <sbeilg@aol.com>
t Sat, Jun 10, 2017 1:08 pm
ject RE: who owns right of way?

ıe,

nk you for the clarification.

S-17

From: sean.jordan@alaska.gov,
To: sbeilg@aol.com,
Cc: dot.gis@alaska.gov,
Subject: RE: road ownership
Date: Fri, Feb 22, 2019 7:51 am
Attachments: Capture.JPG (161K)

Hi Steve,

Based on what we have in our database the road known both as Loggers' Lane and FS3030 leading into Coffman Cove are managed by the community. This is based on information from the community itself as well as the USFS. The community only manages the portion of road inside the city boundaries and down to the forest boundary. Coffman Cove Road however is DOT road. Attached is snap shot image for Coffman Cove from our database. The blue line is Coffman Cove Road. The outline is the city boundary. The yellow line is the USFS's portion of FS3030. As a FYI, the road in question also goes by Sandy Beach Road.

Let us know if there are questions.


Sean Jordan
Transportation Inventory Manager
Transportation Geographic Information Section
Information Systems and Services Division
Alaska Department Of Transportation
3132 Channel Drive | P.O. Box 112500 | Juneau, Alaska 99811
Tel: 907-465-8950



-----Original Message-----
From: Beilgard [mailto:sbeilg@aol.com]
Sent: Thursday, February 21, 2019 6:17 PM
To: DOT JHQ GIS <dot.gis@alaska.gov>
Subject: road ownership

I'm trying to find who owns and/or controls roads in Coffman Cove, Alaska. Does the state of Alaska or the Forest service own roads in Coffman Cove, specifically the FS3030 roads leading into Coffman Cove and the road commonly knows as Loggers Lane in Coffman Cove. What I fine is both are mapped as FS3030. Can you identify the controlling agency for these roads?

Thank you for your help.

Steve Beilgard
CoffmanCove


1 Attached Images

S-44